JS-6

Daniel T. Huang, ESQ. (Cal Bar 185948)
Law Office of Daniel Huang
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91801
Tel: (626) 289-0006
Fax: (866) 295-7308
Lawyer99@pacbell.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### (WESTERN DIVISION)

| | |
|---|---|
| Yaqi Song, individually, | ) |
| Plaintiff, | ) **Case No.:** 13-5113-RSWL(RZx) |
| v. | ) |
| Alejandro Mayorkas, as Director of the U.S. | ) ORDER [PROPOSED] ~~XXXX~~ ~~COMPLAINT~~ |
| Citizenship and Immigration Services, | ) |
| Defendant. | ) |

Pursuant to the parties' stipulation, this matter is hereby dismissed without prejudice.

November _6_, 2013

RONALD S.W. LEW
HONRABLE RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE

1